IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID DITTER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3159 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF | ) | **ORDER** |
| CORRECTIONAL SERVICES, | ) | |
| SCOTT FRAKES, in his individual & | ) | |
| official capacity, RANDY T. KOHL, | ) | |
| MD, in his individual & official | ) | |
| capacity, CORRECT CARE | ) | |
| SOLUTIONS, RONALD OGDEN, | ) | |
| DDS, in his individual & official | ) | |
| capacity, and LISA MATHEWS, in | ) | |
| her individual & official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories (Filing No. 57) filed by defendants Ronald Ogden, DDS, and Correct Care Solutions, LLC, is granted, and such responses shall be due on or before November 8, 2017.

DATED this 16th day of October, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge