IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID DITTER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3159 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, SCOTT FRAKES, in his individual & official capacity, RANDY T. KOHL, MD, in his individual & official capacity, CORRECT CARE SOLUTIONS, RONALD OGDEN, DDS, in his individual & official capacity, and LISA MATHEWS, in her individual & official capacity, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

In light of the pendency of their Motions for Summary Judgment (Filing Nos. 81 & 84), Defendants have filed a Joint Motion to Amend Progression Order (Filing No. 97). Because the court's resolution of Defendants' Motions for Summary Judgment may narrow or completely resolve Plaintiff's claims, I shall grant Defendants' motion. Accordingly,

IT IS ORDERED:

1. Defendants' Joint Motion to Amend Progression Order (Filing No. 97) is GRANTED;

2. The deadlines set forth in the Revised Order Setting Schedule for Progression of Case (Filing No. 56) are suspended until further order of the court;

3. The Final Pretrial Conference before the Magistrate Judge, currently set for May 3, 2018, at 10:00 a.m. is cancelled and shall be rescheduled, if necessary, following the disposition of Defendants' pending Motions for Summary Judgment (Filing Nos. 81 & 84); and

4. The Clerk of the Court shall send a copy of this Order to Magistrate Judge Zwart's chambers.

DATED this 12th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge